**SEALED**

McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAR 28 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>3975 Deer Cross Way<br>Sacramento, California | CASE NO. 2:18-SW-0236 EFB<br><br>SEALING ORDER |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Dated: 3-28-2018

_____
EDMUND F. BRENNAN
United States Magistrate Judge