1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   ROGER YANG
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

FILED

APR 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NOS. |
| 3975 Deer Cross Way, Sacramento, CA | 2:18-SW-0236 EFB, |
| 7625 Meadowstone Dr., Sacramento, CA | 2:18-SW-0237 EFB, |
| 5420 Acme Avenue, Sacramento, CA | 2:18-SW-0238 EFB, |
| 5313 Kungsting Way, Elk Grove, CA | 2:18-SW-0239 EFB, |
| 8139 Valley Green Drive, Sacramento, CA | 2:18-SW-0240 EFB, |
| 4960 Francesca Street, Elk Grove, CA | 2:18-SW-0241 EFB, |
| 6439 Valley Hi Drive, Sacramento, CA | 2:18-SW-0242 EFB, |
| 8613 Orison Court, Elk Grove, CA | 2:18-SW-0243 EFB, |
| 9009 Fernway Court, Elk Grove, CA | 2:18-SW-0244 EFB, |
| 2033 Bastona Drive, Elk Grove, CA | 2:18-SW-0245 EFB |
| | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

///

///

1     IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby
2 ordered unsealed.

3 Dated: 4/24/2019

                                                                          */s/ Carolyn K. Delaney*
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE